**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

GARRY ALAN ULLAND,

      Plaintiff,

v.                                                                              CASE NO. 5:11cv291-MP-CJK

GLENN HESS, et al.,

      Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 2, 2012.  (Doc. 19).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.      The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.      Plaintiff's motion for voluntary dismissal (doc. 18) is GRANTED pursuant to Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure and this cause is DISMISSED without prejudice.

      **DONE and ORDERED** this 8th day of March, 2012.

*s/ M. Casey Rodgers*
_____
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**